**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIEL PEREZ MORENO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, *et al.*,<br><br>Respondents. | No. 1:26-cv-00886-JLT-CDB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DENYING RESPONDENTS' MOTION TO DISMISS<br><br>[A-Number 246-549-267]<br><br>(Doc. 14) |

Gabriel Perez Moreno, a federal immigration detainee proceeding pro se and *in forma pauperis*, initiated this action by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on February 2, 2026, while in custody of the Immigration and Customs Enforcement at the Golden State Annex Detention Facility in McFarland, California. (Doc. 1.)

On March 25, 2026, the assigned magistrate judge issued findings and recommendations to grant Petitioner's petition for writ of habeas corpus and to deny Respondents' motion to dismiss. (Doc. 14.) The Court served the findings and recommendations on all parties and Respondents timely filed objections. (Doc. 15.)

In their objections, Respondents object to the findings and recommendations for the same reasons advanced in Respondents' earlier filing, to wit, that Petitioner is subject to removal because he overstayed his visa under 8 U.S.C. § 1226(a) and that Petitioner has failed to exhaust his administrative remedies. (*Id.*; *see also* Doc. 11.)

1

According to 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis. *See also R.P.V. v. Wofford*, No. 1:26-CV-01010 JLT EPG (HC), 2026 WL 494748, at *2 (E.D. Cal. Feb. 23, 2026); *Lopez v. Chestnut*, No. 1:26-CV-01455-JLT-EPG, 2026 WL 640887, at *1 (E.D. Cal. Mar. 6, 2026).

Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on April 8, 2026 (Doc. 14) are **ADOPTED** in full.

2. The petition for writ of habeas corpus (Doc. 1) is **GRANTED**.

3. Respondents' motion to dismiss (Doc. 11) is **DENIED**.

4. Within 14 days of the date of this order, Petitioner **SHALL** be provided with a bond hearing within 14 days of entry of this order in accordance with 8 U.S.C. § 1226(a) at which the parties will be allowed to present evidence and argument about whether Petitioner is a danger to the community and presents a flight risk if not detained. If Respondents fail to provide a timely bond hearing in accordance with this order, Respondents are ordered to immediately release Petitioner.

5. The Clerk of the Court is **DIRECTED** to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated:    **April 15, 2026**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE